FILED
SUPERIOR COURT
OF GUAM

2014 MAR 13 PM 2: 17

CLERK OF COURT
BY:_____

**IN THE SUPERIOR COURT
OF GUAM**

THE PEOPLE OF GUAM, )  CRIMINAL CASE No. CF 0453-13
)
)
v. )  **DECISION AND ORDER**
)
)
CHRIS J.A. TEDTAOTAO, )
)
            Defendant. )
)

This matter is before the Honorable Judge Michael J. Bordallo. Pursuant to Rule 7.1 of the Local Rules of the Superior Court of Guam, Defendant's request to reduce a felony charge to a misdemeanor was taken under advisement on February 13, 2014. The People are represented by Assistant Attorney Teri C. Tenorio. Defendant is represented by Alternate Public Defender Eric C. Overton.

On February 28, 2014, the Court entered an order DENYING in part Defendant's motion and requiring that the People provide the Court with a copy of the People's surveillance video for review. Pursuant to the standard set forth in 9 GCA § 30.20 and upon review of the video of the alleged event the Court finds that: a lack of evidence of the seriousness of injury; the Defendant's non-history of victim-directed family violence; and the non-use of a deadly weapon, merit the reduction of the family violence charge to a misdemeanor.

Although there is evidence that a gun was present in the video of the Defendant the Court is unable to find that this, itself, is evidence of its use as required by the statute. *Id.* The Court is also not persuaded that Defendant's prior criminal history should preclude reduction under

the terms of 9 GCA § 30.20. *Id.*

Most salient to the Court's review is the lack of any evidence of the seriousness of the injury. The instant statute requires that some evidence of injury and its seriousness be shown. *Id.* Under Section 30.20, it is not sufficient to only produce evidence of a threat, risk or attempt to injure. *Id.* In this case the facts presented in the video provided by the People are insufficient to show evidence of any injury to the minor child under this standard. *Id.*

## CONCLUSION

Based on the foregoing, each count of the Defendant's second charge of Family Violence as a 3rd Degree Felony shall be reduced to a misdemeanor.

SO ORDERED, this ___13th___ day of ___March___ 2014.


_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam